IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN FOWLIE,

        Petitioner,                    No. 2: 08-cv-2744 GEB KJN P

   vs.

D.K. SISTO,

        Respondent.              <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2006 decision by the California Board of Parole Hearings (hereafter "the Board") finding him unsuitable for parole. On February 4, 2011, the undersigned recommended that the petition be denied.

        On February 28, 2011, respondent filed a notice stating that on February 11, 2011 petitioner was released on parole. Petitioner did not file a notice of change of address containing his new address.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The February 4, 2011 findings and recommendations are vacated;

////

////

1

2. Within fourteen days of the date of this order, petitioner shall show cause why this action should not be dismissed for his failure to file a notice of change of address.

DATED: March 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fow2744.osc